**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marissa Janelle Proctor,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-19-05503-PHX-MTL<br><br>**ORDER** |

Before the Court is Plaintiff Marissa Proctor's Motion for Default Judgment. (Doc. 11). Default Judgments against the United States are disfavored by the Federal Rules of Civil Procedure. *Fed. R. Civ. P.* 55(d). Additionally, given that the Social Security Administration has since filed an Answer (Doc. 15) and the case was filed less than six months ago, the Court finds that the delay is unlikely to cause Plaintiff significant prejudice.

Accordingly,

**IT IS ORDERED denying** the Motion for Default Judgment (Doc. 11).

Dated this 1st day of April, 2020.

Michael T. Liburdi
United States District Judge